IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _KC_ D.C.

05 SEP 19 PM 5:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1671, <br><br> Plaintiff, <br><br> v. <br><br> KINDER MORGAN RIVER TERMINALS, LLC. <br><br> Defendant. | NO. 2:05-CV-02515 BBD-dkv |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Before the Court is Defendant Kinder Morgan River Terminals, LLC's ("Defendant") Unopposed Motion for Extension of Time to Respond to Complaint. For good cause shown the motion is **GRANTED**. Defendant shall have up to and through October 3, 2005 to respond to the Complaint.

IT IS SO ORDERED this 19th day of September, 2005.

_Diane K. Vescovo_
JUDGE DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

ORIGINAL



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02515 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

William T. Fiala
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Lesley Gunther

,

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT